JAN - 7 2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR - 03-00798 GAF |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING |
| v. | ) (Fed.R.Crim.P. 32.1(a)(6) |
| FRANK GONZALEZ, | ) 18 U.S.C. § 3143(a) |
|  | ) Allegations of Violations of |
|  | ) Probation/Supervised Release |
| Defendant. | ) Conditions) |

On arrest warrant issued by the United States District Court for the PETITION involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (X) the appearance of defendant as required; and/or

    B.  (X) the safety of any person or the community.

The Court concludes:

    A.  (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: HE HAD A RECENT CONVICTION INVOLVING POSSESSION OF A DANGEROUS WEAPON & HAS A SIGNIFICANT CRIMINAL HISTORY

| | |
|---|---|
| 1 | B. (X) Defendant is a flight risk because defendant has |
| 2 | not shown by clear and convincing evidence that: _ |
| 3 | _HE HAS BAIL RESOURCES_____ |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | _ |
| 8 | IT IS ORDERED defendant be detained. |

DATED: January 7, 2009

_____
U.S. MAGISTRATE/DISTRICT JUDGE